# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE J. FLOYD | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: C06-5608RJB |

<u>     </u> **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X  </u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court adopts the Report and Recommendation. This matter is REVERSED and remanded to the Commissioner for further administrative proceedings.

<u>  June 7, 2007  </u>              <u> BRUCE RIFKIN          </u>
                                                                                    Clerk

                                                                                    <u>/s/Dara L. Kaleel              </u>
                                                                                    By Dara L. Kaleel, Deputy Clerk