UNITED STATES DISTRICT COURT JUDGE ROBERT J. BRYAN
UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELANIE J. FLOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.  C06-5608RJB<br><br>ORDER GRANTING<br>PLAINTIFF'S APPLICATION FOR<br>COSTS AND ATTORNEY FEES |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $5,985.00 be awarded to plaintiff.

DATED this 22nd day of August, 2007.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING PETITION**
**FOR COSTS AND FEES**

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523